**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **GREGORY RICARDO CHAPA,** | **CASE NO. 5:25-cv-294-KKC-MAS** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CEO OF ARAMARK,** *et al.*, | |
| **Defendants.** | |

This matter is before the Court on its own motion. The Court previously issued an order to show cause following *pro se* Plaintiff Gregory Ricardo Chapa's failure to participate in this case. (R. 8.) Chapa was warned that the Court may dismiss this action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). (*Id*.) Chapa has not shown cause and has not otherwise communicated with the Court.

On April 16, 2026, United States Magistrate Judge Matthew A. Stinnett recommended that the Court dismiss without prejudice all of the claims in this action, due to Chapa's failure to prosecute. (R. 9.) Chapa did not object to Judge Stinnett's recommendation, and the time to do so has passed. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby orders as follows:

(1) Magistrate Judge Matthew A. Stinnett's Report and Recommendation (R. 9) is **ADOPTED** as the Court's opinion;

(2) this matter is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(b); and

(3) a Judgment consistent with this Order and the Report and Recommendation will be entered.

This 25th day of June, 2026.



Signed By:

***Karen K. Caldwell*** *KKC*

**United States District Judge**